**850**

Richard S. Walsh, Appellant, v. Loretta Hughes Walsh, Respondent.— Order granting counsel fee and expenses modified by reducing the allowance for counsel fee and expenses to the sum of $2,500, and as so modified affirmed, without costs. No opinion. Rich, Jaycox, Manning, Young and Kapper, JJ., concur.

Emma Wittenberg, Respondent, v. Annie Weisman, Appellant, Impleaded, etc.— Order of the County Court of Kings county striking out certain paragraphs of the answer affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

Sadie Zeitlin, Respondent, v. Harry Zeitlin, Appellant.— Order increasing allowance for support and maintenance of defendant's wife and child from ten dollars to eighteen dollars per week, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

William C. Edwards, as Executor, etc., of Marie R. Edwards, Deceased, Respondent, v. Wyckoff Heights Wet Wash Laundry, Inc., Appellant.— Application denied.

Morris Lieberman, Appellant, v. Samuel Brody, Respondent.— Plaintiff's second motion to resettle order granted so as to strike out the direction that disbursements " in the action " should be divided between the parties; such division to relate solely to disbursements on the accounting proceeding. Order signed. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.